No. 87–257. MARTINEZ v. LIZARRIBAR. Super. Ct. P. R. Certiorari denied.

No. 87–289. DuPAGE BANK & TRUST CO. v. PROPERTY TAX APPEAL BOARD OF THE ILLINOIS DEPARTMENT OF REVENUE ET AL. App. Ct. Ill., 2d Dist. Certiorari denied. ■■■■■

No. 87–313. PAUL v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied. ■■■■

No. 87–316. ALLEN ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ■■■■

No. 87–324. SAIPAIA v. UNITED STATES. Ct. Mil. App. Certiorari denied. ■■■■

No. 87–347. ADAMS ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. ■■■■

No. 87–391. CHASER SHIPPING CORP. ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ■■■■

No. 87–394. CATANESE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ■■■■

No. 87–397. INDEPENDENT COMMUNITY BANKERS ASSOCIATION OF SOUTH DAKOTA, INC. v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. D. C. Cir. Certiorari denied. ■■■■

No. 87–437. PINKNEY ET AL. v. DOW CHEMICAL CO. ET AL.; and

No. 87–438. FRATICELLI ET AL. v. DOW CHEMICAL CO. ET AL. C. A. 2d Cir. Certiorari denied. ■■■■

No. 87–460. BOSCIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–513. MANVILLE FOREST PRODUCTS CORP. v. EVANS ET AL. Ct. App. La., 2d Cir. Certiorari denied. ■■■■